AO 455 (Rev. 01/09) Waiver of Indictment

# United States District Court
### for the
### Western District of New York

United States of America

v.

ERIK BERG

*Defendant*

Case No. 21-CR-8-LJV



## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charge against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: November 18, 2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

TIMOTHY HOOVER, ESQ.
*Printed name of defendant's attorney*

11/23/21

_____
*Judge's signature*

HON. LAWRENCE J. VILARDO
United States District Judge
*Judge's printed name and title*